# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1060 RHK/JMM **Case Title:** Meyer v. Werner Co.

**Affidavit of Movant**

I, John C. Hughes, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael J. Meyer, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Werner Co. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: 185929 | Date: 6/28/01

**Affidavit of Proposed Admittee**

I, Michael J. Meyer am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Michael J. Meyer | Signature: [signature] | Date: 6/25/01

Attorney License Number: 6193712

Law Firm Name & Address: Tribler Orpett & Crone, P.C.
30 North LaSalle Street, Suite 2200
Chicago, IL 60602

Telephone: (312) 201-6400

Motion Granted: [signature] For the Court: ~~Francis E. Dosal~~, Clerk

Date: JUL 03 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______