# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1060 RHK/JMM **Case Title:** Meyer v. Werner Co.

**Affidavit of Movant**

I, John C. Hughes, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stephen S. Weiss, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Werner in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 185929 6/28/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Stephen S. Weiss am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Stephen S. Weiss [signature] 6/25/01
Type/Print Name Signature Date

Attorney License

Number: 6226350

Law Firm Name & Address: Tribler Orpett & Crone, P.C.
30 North La Salle Street, Suite 2200
Chicago IL 60602

Telephone: (312) 201-6400

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk

JUL 03 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK 6/99
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS