492-20677

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Gregory M. Meyer, Case No. 01-1060 RHK/JMM

Plaintiff,

vs.

**STIPULATED PROTECTIVE ORDER**

Werner Co., and
Home Depot U.S.A., Inc.,

Defendants.

---

The parties, through their respective counsel, stipulate and agree as follows:

1. That no destructive testing shall be performed by any party or the owner or possessor of the subject ladder without first notifying all parties and obtaining leave of court;

2. That any party having possession or custody of the subject ladder shall preserve and maintain it in its present condition;

3. That any party having possession, custody or control of the subject ladder shall make it available to the parties for inspection at reasonable times and upon reasonable notice during the pendency of this lawsuit.

Dated: 8/7/01

By: [signature]
Michael Mobley (#0259639)
THE MOBLEY LAW FIRM
701 Fourth Avenue South, Suite 500
Minneapolis, MN 55415
(612) 337-9507

Dated:_______________

By: [signature]
Michael J. Meyer (admitted *Pro Hac Vice*)
Stephen S. Weiss (admitted *Pro Hac Vice*)
TRIBLER ORPETT & CRONE, P.C.
30 N. LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 201-6400
Attorneys for defendant Werner Co.

SEP 25 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 9-17-01

By: ______________________

Michael S. Ryan (#130643)
MURNANE, CONLIN, WHITE & BRANDT
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411
Attorneys for defendant Home Depot U.S.A., Inc.

**ORDER:**

The foregoing stipulation is entered as a protective order.

Dated: 9/25/01, 2001

..............................................
John M. Mason
United States Magistrate Judge

Order Prepared By:
Stephen S. Weiss (admitted *pro hace vice*)
TRIBLER ORPETT & CRONE, P.C.
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 201-6400

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500