UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GREGORY M. MEYER

Plaintiff,

vs CV 01-1060 RHK/JMM

WERNER CO.,
HOME DEPOT USA INC.,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 18, 2002

RHK
RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK